## STATE v. ABRAM JACOBS.

Court of Quarter Sessions. November 16, 1796.

*Wilson's Red Book, 134.*

Attorney General offered to prove the declarations of Elisha Dickerson (who is dead since the finding the indictment) that the hog was his; and said it was the best evidence. If Dickerson was here, he could prove the property, etc.

*Bayard,* for defendant, did not deny that Elisha Dickerson's oath would be good to prove the property—but his declarations are not an oath and [are] only admissible as to pedigree and boundary.

BASSETT, C. J. The Court are of opinion that any declarations or acknowledgments by Elisha Dickerson that the property was or was not his may be given in evidence.

*Vide State v. Waples, contra.*